UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF PENNSYLVANIA  
ROBERT N.C. NIX BUILDING  
900 MARKET STREET  
SUITE 400  
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                  Telephone  
Clerk                                                              (215) 408-2800

06/26/2019

Re:    Tarani A. Johnson dba Silver Apple LLC  
        Bankruptcy No.: <u>18-17342</u>  
        Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of appeal from order entered May 22, 2019and dated May 21,2019 by the Honorable Magdeline D. Coleman.
    Notice of appeal filing fee ( )paid    (X)not paid

( ) Designation of Record on Appeal Filed  
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered  by the Honorable .
    ( ) Objections filed .

( ) Report and recommendation entered  by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                                            For the Court

                                                            Timothy B. McGrath  
                                                            Clerk

                                                            By: <u>Donna Rockeymore</u>  
                                                            Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____ .

Civil Action No. _____             Signature:_____

Miscellaneous No. _____           Date: _____

Assigned to Judge _____                                                    BFL5.frm(rev 11/8/17)