IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TARANI A. JOHNSON : CIVIL ACTION
: Nos. **19-3620**
: **19-2804**

**O R D E R**

**AND NOW**, this **25th** day of **March, 2020**, upon consideration of Johnson's appellate briefs and the responses thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. the decisions of the bankruptcy court to grant Wells Fargo relief from the automatic bankruptcy stay and to dismiss Johnson's Chapter 13 bankruptcy appeal without prejudice are **AFFIRMED**;

2. Johnson's two appeals are **DISMISSED**; and

3. all pending motions filed in case no. 19-3620 (including ECF Nos. 8, 18, 20, 24, and 25) are **DENIED as moot.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**